Narayan Prasad **NATH, Petitioner–Appellant,**

v.

Alberto R. **GONZALES, Attorney General, Michael Chertoff, Secretary of Homeland Security, Respondents–Appellees.**

No. 05–16557.

United States Court of Appeals, Ninth Circuit.

Nov. 3, 2006.

Christopher J. Stender, Esq., Stender & Pope, PC, Phoenix, AZ, for Petitioner–Appellant.

Cynthia M. Parsons, USPX—Office of the U.S. Attorney, Phoenix, AZ, for Respondents–Appellees.

Before: HUG, MERRITT,* and PAEZ, Circuit Judges.

### ORDER

The mandate issued October 17, 2006, is hereby recalled. The memorandum disposition filed August 24, 2006, is hereby withdrawn. An authored opinion shall be filed simultaneously with this order.

---

* The Honorable Gilbert Stroud Merritt, Jr., Senior United States Circuit Judge for the Sixth Circuit, sitting by designation.